UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY 2012 FAMILY TRUST,<br><br>          Plaintiff,<br><br>     v.<br><br>VICKI M. GRAM, et al.,<br><br>          Defendants. | No. 1:22-cv-01111-ADA-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 6) |

On September 1, 2022, Defendant Vicki Gram, proceeding *pro se*, filed a notice of removal of an unlawful detainer action from the Sacramento County Superior Court and an application to proceed *in forma pauperis*. (ECF Nos. 1, 2.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 28, 2022, the assigned Magistrate Judge issued findings and recommendations, recommending that this case be remanded to state court based on Defendant's failure to file proof of removal and for lack of subject-matter jurisdiction and that Defendant's *in forma pauperis* application be denied as moot. (ECF No. 6.)

Defendant was provided an opportunity to file objections to the findings and recommendations within fourteen (14) days of service. (*Id.* at 5.) The deadline for filing objections has passed, and Defendant has not filed objections or otherwise responded to the findings and recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on October 28, 2022, (ECF No. 6) are ADOPTED in full;
2. This matter is REMANDED to the Sacramento County Superior Court because of Defendant's failure to file proof of removal and for lack of subject-matter jurisdiction;
3. The Clerk of Court shall take necessary action to remand this case to the Sacramento County Superior Court and to CLOSE the case; and
4. Defendant's application to proceed *in forma pauperis* (ECF No. 2) is DENIED as moot.

IT IS SO ORDERED.

Dated:   December 15, 2022                                        
                                                   UNITED STATES DISTRICT JUDGE